Sloan v. USA
Doc. 3

# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeremiah Weldon Sloan,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                         3:05-cv-348-2/3:93-cr-28-1

USA ,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/5/05 Order.

Dockets.Justia.com

**Signed: August 9, 2005**

Frank G. Johns, Clerk
United States District Court

Case 3:05-cv-00348-GCM     Document 3     Filed 08/09/2005     Page 2 of 2